**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                                                                                             Chapter 13
                                                            Case No.: 18-18253-RAM

NATHANIEL FRAZIER,

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST** ("Secured Creditor"), in these proceedings.

    All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 9th day of July, 2018.**

                                                      Respectfully submitted,

                                                      **GHIDOTTI | BERGER, LLP**
                                                    *Attorneys for Secured Creditor*
                                                    3050 Biscayne Blvd. - Suite 402
                                                    Miami, Florida 33137
                                                    Telephone: (305) 501.2808
                                                    Facsimile: (954) 780.5578

                                                    By:    /s/ Chase A. Berger
                                                               Chase A. Berger, Esq.
                                                               Florida Bar No. 083794
                                                               cberger@ghidottiberger.com

*Case No.: 18-18253-RAM*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Nathaniel Frazier, Debtor**
360 NE 118th Street
Miami, FL 33161

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*Debtor's Counsel*
**Owei Z Belleh**
The Belleh Law Group, PLLC
2525 Embassy Drive, Suite 2
Cooper City, FL 33026

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.